IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

CAROLYN QUEEN and JERRY QUEEN
husband and wife,

    Plaintiffs,

v.                                            Civil Action No. 2:16-cv-00216

AMERICAN MODERN HOME INSURANCE
COMPANY and SHAUN BOSE

    Defendants.

## VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal of the above captioned Civil Action and all claims asserted therein, with prejudice.

Dated this 22nd day of February, 2016

| /s/Scott H. Kaminski | /s/Jeffrey M. Wakefield |
|---|---|
| Scott H. Kaminski, Esquire | Jeffrey M. Wakefield (WV Bar #3894) |
| Balgo & Kaminski, L.C. | Flaherty Sensabaugh & Bonasso, PLLC |
| P.O. Box 3548 | PO Box 3843 |
| Charleston, WV 25335-3548 | 200 Capitol Street |
| (304) 344-0444 | Charleston, WV 25338 |
| (304) 344-4411 | (304) 345-0200 phone |
| *Counsel for Plaintiffs* | (304) 345-0260 fax |
| | *Counsel for Defendants* |